GIBSON, DUNN & CRUTCHER LLP
WINSTON Y. CHAN, SBN 214884
  wchan@gibsondunn.com
ELIZABETH K. MCCLOSKEY, SBN 268184
  emccloskey@gibsondunn.com
DUNCAN TAYLOR, SBN 300145
dtaylor@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant*
*DAVID SANSON*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 25-CR-00090-YGR |
|---|---|
| Plaintiff, | **UPDATED JOINT FILING RE PRETRIAL SCHEDULE AND PROPOSED ORDER** |
| v. | |
| DAVID SANSON, and TRENT SANSON, | |
| Defendants. | |

The parties have further met and conferred and jointly submit the following pre-trial scheduling proposal.

**Chart in Order of Event**

| Event | Joint Proposal |
|---|---|
| Government Rule 16 Discovery Cutoff[1] | October 2, 2026 |
| Rule 404(b) and Co-Conspirator Statement Disclosures | November 6, 2026 |
| *Brady/Giglio* Disclosures | November 6, 2026 |
| Government Expert Disclosures | November 6, 2026 |
| Defense Expert Disclosures | November 6, 2026 |
| Rebuttal Expert Disclosures | December 4, 2026 |
| Deadline to file any non-Motions in Limine ("MIL"), including motions regarding Rule 404(b) and co-conspirator statement disclosures, and *Daubert* motions | December 18, 2026 |
| Deadline to file Oppositions to any non-MILs | January 8, 2027 |
| Deadline to file Replies to any non-MILs | January 22, 2027 |
| Government Exhibit Lists and Witness Lists Due | January 15, 2027 |
| Jencks Disclosures and AEO Designations | January 15, 2027 |
| Exchange MILs[2] | January 29, 2027 |
| File Unresolved MILs | February 12, 2027 |
| Defendants' Witness and Exhibit Lists Due | February 12, 2027 |

[1] This discovery cutoff date, and co-conspirator statement disclosure deadline, shall not apply to defendants' iPhones and iCloud accounts that are the subject of the filter process ordered by this Court. Nevertheless, the government will make every effort to disclose co-conspirator statements that may be contained in defendants' iPhones and iCloud accounts by November 6, 2026, and will meet and confer with defendants in advance of that deadline if disclosure of co-conspirator statements from those devices and accounts cannot be completed by November 6, 2026.

[2] At the Status Conference on July 27, 2026, the parties understood the Court ordered the parties to submit all briefing on certain motions by January 29, 2027, four weeks prior to the pretrial conference. The parties jointly propose submitting all briefing on all motions, with the exception of motions in limine, by January 22, 2027, and using the weeks that follow to meet and confer regarding motions in limine. The parties will then submit any unresolved motions in limine by February 12, 2026, which is two weeks prior to the pretrial conference and one week earlier than provided by the Court's Standing Order in Criminal Cases.

UPDATED JOINT FILING RE PRETRIAL SCHEDULE AND PROPOSED ORDER
CASE NO. 4:25-CR-00090-YGR

| Event | Joint Proposal |
|---|---|
| Joint Pretrial Conference Statement; Verdict Form; Trial Memorandum; Jury Instructions Due | February 19, 2027 |
| Pretrial Conference; Hearing on Motions | February 26, 2027 |
| Parties to exchange any visuals, graphics, or exhibits to be used in opening statements | March 8, 2027 |
| Trial Begins | March 15, 2027 |

GIBSON, DUNN & CRUTCHER LLP

Dated: July 29, 2026

By:   */s/ Winston Y. Chan*
WINSTON Y. CHAN
ELIZABETH K. MCCLOSKEY
DUNCAN TAYLOR

*Attorneys for Defendant DAVID SANSON*

Dated: July 29, 2026

DEBEVOISE & PLIMPTON LLP

By:   */s/ Josh A. Cohen*
JOSH A. COHEN

*Attorney for Defendant TRENT SANSON*

Dated: July 29, 2026

CRAIG H. MISSAKIAN
United States Attorney

By:   */s/ Thomas R. Green*
THOMAS R. GREEN
BENJAMIN K. KLEINMAN
IVANA DJAK
Assistant United States Attorneys

UPDATED JOINT FILING RE PRETRIAL SCHEDULE AND PROPOSED ORDER
CASE NO. 4:25-CR-00090-YGR

**[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby adopts the pretrial schedule proposed by the parties.

IT IS SO ORDERED.

_____

DATE

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES CHIEF DISTRICT JUDGE

UPDATED JOINT FILING RE PRETRIAL SCHEDULE AND PROPOSED ORDER
CASE NO. 4:25-CR-00090-YGR